UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:23CR134 HEA/PLC ) |
| SCOTT MICHAEL MICKE ARNOLD, a.k.a. SCOTT MICHAEL ARNOLD MICKE, | ) ) ) ) |
| Defendant. | |

**<u>SUPERSEDING INDICTMENT</u>**

**<u>COUNT I</u>**

The Grand Jury charges that:

Beginning in approximately the spring of 2018 through approximately the fall of 2020, in the Eastern District of Missouri and elsewhere,

**SCOTT MICHAEL MICKE ARNOLD,
a.k.a. SCOTT MICHAEL ARNOLD MICKE**

the defendant herein, did knowingly transport minor victim M.H. who had not attained the age of 18 years of age (i.e. a person who was then 11 years of age) in interstate or foreign commerce with intent that the individual engage in any sexual activity for which any person could be charged with a criminal offense (i.e. sexual assault of a minor, statutory rape, and statutory sodomy), all in violation of 18 U.S.C. §§ 2423(a).

1

## COUNT II

The Grand Jury further charges that:

Beginning in approximately the summer of 2020 through approximately February 2022, in the Eastern District of Missouri and elsewhere,

**SCOTT MICHAEL MICKE ARNOLD,
a.k.a. SCOTT MICHAEL ARNOLD MICKE**

the defendant herein, did knowingly transport minor victim H.D. who had not attained the age of 18 years of age (i.e. a person who was then 16 years of age) in interstate or foreign commerce with intent that the individual engage in any sexual activity for which any person could be charged with a criminal offense (i.e. sexual assault of a minor, statutory rape, and statutory sodomy), all in violation of 18 U.S.C. §§ 2423(a).

## COUNT III

The Grand Jury further charges that:

On or about March 24, 2023, in Phelps County, Missouri, within the Eastern District of Missouri,

**SCOTT MICHAEL MICKE ARNOLD,
a.k.a. SCOTT MICHAEL ARNOLD MICKE**

the defendant herein, having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, which had travelled in interstate or foreign commerce either before or during the defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2423(a) as set forth in the Indictment, the defendant shall forfeit to the United States of America: any visual depiction as described in Sections 2251, 2251A, 2252, 2252A or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

2. Specific property subject to forfeiture includes, but is not limited to:
   a. real property located at 703 North Pine Street, Rolla, Missouri 65401. Legal description S 35 Lots 7 & 8 Block 58 County Addition.

3. If any of the property described above, as a result of any act or omission of the defendant:
   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

3

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                A TRUE BILL.


                _____

                FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney

4